UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kevin Abreu
_____

Write the full name of each plaintiff.

-against-

Officer Smith of the 115 Precint
_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

19 CV 2987

(To be filled out by Clerk's Office)

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

RECEIVED
SDNY PRO SE OFFICE
2019 APR -2 PM 2: 13
S.D. OF N.Y.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

__Kevin__                                          __Abreu__
First Name         Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

__BKC.# 441900597__

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

__G.R.V.C.__
Current Place of Detention

__0909 Hazen Street__
Institutional Address

__Queens East Elmhurst__           __NY__           __11370__
County, City                                State            Zip Code

## III.  PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

KEVIN      ABREU
First Name      Last Name      Shield #

N/A
Current Job Title (or other identifying information)

Current Work Address

County, City      State      Zip Code

Defendant 2:

First Name      Last Name      Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City      State      Zip Code

Defendant 3:

First Name      Last Name      Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City      State      Zip Code

Defendant 4:

First Name      Last Name      Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City      State      Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: __115th Precinct__

Date(s) of occurrence: __1/24/19__

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Officer Smith bribed me for information and I gave him the information about a fire arm he turned around and charged me.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

Monutary Compensation for Being incarcerated

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 3/8/19

Plaintiff's Signature: Kevin Abreu

First Name: Kevin   Middle Initial: A   Last Name: Abreu

Prison Address: 0909 Hazen

County, City: Queens East Elmhurst   State: NY   Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 3/8/19

Kevin Adrey
G.R.V.C
Hazen Street 0909
East Elmhurst N.Y. 11370

SDNY RECEIVED
PRO SE OFFICE
2019 APR -2 PM 2:14
S.D. OF N.Y.

U.S. POSTAGE PAID
FCM LG ENV
ELMHURST, NY
11373
MAR 29, 19
AMOUNT
$7.60
R2304H106141-14

10007

RETURN RECEIPT
REQUESTED

USMJ
SDNY

Pro Se Unit
500 Pearl Street
New York, N.Y. 10007

CERTIFIED MAIL